**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      and<br><br>BETSY DEVOS, *in her official capacity as Secretary of Education,*<br><br>                              Defendants. | Case No. 1:17-CV-01331 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE PROPOSED *AMICI CURIAE* BRIEF OF THE NATIONAL CONSUMER LAW CENTER, ET AL. IN SUPPORT OF PLAINTIFFS' MOTION FOR <u>SUMMARY JUDGMENT</u>**

THIS MATTER came before the Court on the motion of the National Consumer Law Center, et al. for leave to file a brief as *amici curiae* in support of Plaintiffs' motion for summary judgment.

The Court, having considered the motion and any opposition, HEREBY ORDERS that the motion for leave to file a brief as *amici curiae* is GRANTED.

DATED this _____ day of _____, 2017

_____

The Honorable Randolph D. Moss