**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

COMMONWEALTH OF MASSACHUSETTS, )
*et al.*,                                                       )
                                                                        )
                            Plaintiffs,                    )
                                                                        )
                  v.                                              )          Civil Action No. 1:17-cv-1331 (RDM)
                                                                        )
THE DEPARTMENT OF EDUCATION, and  )
ELISABETH DEVOS, in her official capacity as )
Secretary of Education,                              )
                                                                        )
                            Defendants.                   )
_____)

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND TO SET A BRIEFING
SCHEDULE**

        Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendants U.S.

Department of Education and Elisabeth DeVos, in her official capacity as Secretary of Education

("Defendants"), by and through undersigned counsel, hereby respectfully request that the Court

extend until October 31, 2017 the deadlines for Defendants to respond to Plaintiffs' Complaint and

to respond to Plaintiffs' Motion for Summary Judgment ("Summary Judgment Motion"), and order

the following proposed briefing schedule:

        Defendants' Combined Response to Plaintiffs' Complaint and Summary
        Judgment Motion, and any Cross Motion for Summary Judgment:  October 31, 2017

        Plaintiffs' Combined Reply and Opposition:                          November 21, 2017

        Defendants' Reply:                                                              December 12, 2017

        Pursuant to this Court's Minute Order on August 30, 2017, the current deadline for

Defendants' response to the Complaint is October 18, 2017; and, under Local Rule 7(b), the current

deadline for Defendants' response to the Summary Judgment Motion is October 10, 2017.  Good

cause exists to grant this motion.  Plaintiffs filed their Summary Judgment Motion on September 26, 2017, before Defendants had even responded to the Complaint.  Defendants request the additional time so that they do not have to respond to the Summary Judgment Motion before responding to the Complaint, and in order to consolidate for the Court the pending issues. Defendants propose consolidating their response to the Complaint with their response to Plaintiffs' Summary Judgment Motion in order to reduce the number of briefs the parties will file and to streamline the issues.  The additional time will allow Defendants to reorganize their arguments to be able to respond to both the Complaint and the Summary Judgment Motion, and to prepare the required administrative record.

This is Defendants' first request for an enlargement of time to respond to Plaintiffs' Summary Judgment Motion and second request for an enlargement of time to respond to the Complaint.  Plaintiffs have consented to the requested extension and proposed briefing schedule.

Based on the above, Defendants respectfully request that the Court extend until October 31, 2017 the deadlines for Defendants to respond to Plaintiffs' Complaint and to respond to Plaintiffs' Summary Judgment Motion, and order the above-listed briefing schedule.  A proposed order is included with this motion.

Dated: October 5, 2017                    Respectfully submitted

                                          CHAD A. READLER
                                          Acting Assistant Attorney General

                                          MARCIA BERMAN
                                          Assistant Branch Director

                                          */s/ R. Charlie Merritt*
                                          R. CHARLIE MERRITT (VA # 89400)
                                          KAREN S. BLOOM (DC # 499425)
                                          Trial Attorneys
                                          U.S. Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
(202) 616-8098; (202) 514-4964
robert.c.merritt@usdoj.gov
karen.s.bloom@usdoj.gov

*Counsel for Defendants*