# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* XAVIER BECERRA, Attorney General, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, PEOPLE OF THE STATE OF ILLINOIS, STATE OF IOWA, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA *ex rel.* JOSH STEIN, Attorney General, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, *ex rel.* MARK R. HERRING, Attorney General, and STATE OF WASHINGTON,<br><br>                                    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, and BETSY DEVOS, *in her official capacity as Secretary of Education,*<br><br>                                    Defendants. | Civil Action No. 17-1331 (RDM) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO CONVERT PENDING CROSS-MOTIONS FOR SUMMARY JUDGMENT TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, the Commonwealth of Massachusetts, by and through Attorney General Maura

Healey; the People of the State of California, by and through Attorney General Xavier Becerra;

the State of Connecticut, by and through Attorney General George Jepsen; the State of Delaware,

by and through Attorney General Matthew P. Denn; the District of Columbia, by and through

Attorney General Karl A. Racine; the State of Hawaii, by and through Acting Attorney General

Russell A. Suzuki; the People of the State of Illinois, by and through Attorney General Lisa

Madigan; the State of Iowa, by and through Attorney General Thomas J. Miller; the State of

Maine, by and through Attorney General Janet T. Mills; the State of Maryland, by and through

Attorney General Brian E. Frosh; the State of Minnesota, by and through Attorney General Lori

Swanson; the State of New Mexico, by and through Attorney General Hector Balderas; the State

of New York, by and through Attorney General Eric T. Schneiderman; the State of North

Carolina, by and through Attorney General Josh Stein; the State of Oregon, by and through

Attorney General Ellen F. Rosenblum; the Commonwealth of Pennsylvania, by and through

Attorney General Josh Shapiro; the State of Rhode Island, by and through Attorney General

Peter F. Kilmartin; the State of Vermont, by and through Attorney General Thomas J. Donovan,

Jr.; the Commonwealth of Virginia, by and through Attorney General Mark R. Herring; and the

State of Washington, by and through Attorney General Robert W. Ferguson, hereby move this

Court for leave to amend their complaint and file the attached proposed Second Amended

Complaint, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs

additionally move for the Court to convert the pending cross-motions for summary judgment as

to the First Amended Complaint (ECF Nos. 50 and 56) to motions for partial summary judgment

as to Counts I through VI in the Second Amended Complaint.

    As set forth in the accompanying memorandum of law, leave to amend is appropriate due

to Defendants' issuance on February 14, 2018 of a new rule that purports to further delay the

effective date of the Department of Education's Borrower Defense Rule. This new delay rule is

intertwined with the subject matter of this lawsuit, and gives rise to additional claims under the

Administrative Procedure Act. Additionally, converting the already fully-briefed motions for

summary judgment to partial motions for summary judgment would avoid prejudicial delay to

Plaintiffs and is in the interest of efficiency. Neither the amendments proposed by Plaintiffs to

their complaint nor the action taken by Defendants on February 14, 2018 require any additional briefing on the Plaintiffs' existing claims. The previously filed summary judgment motions are ripe for decision.

Plaintiffs' counsel has conferred with Defendants' counsel. Defendants' counsel expressed that they do not have a position on Plaintiffs' motion at this time.

Plaintiffs submit the following materials in support of this motion: (1) memorandum of law; (2) proposed Second Amended Complaint; (3) a redline comparison between the First Amended Complaint and the proposed Second Amended Complaint; and (4) a proposed order.

Dated: February 28, 2018

Respectfully submitted,

FOR THE COMMONWEALTH OF
MASSACHUSETTS

MAURA HEALEY
ATTORNEY GENERAL

By: */s/ Yael Shavit*
    Yael Shavit
    Max Weinstein
    Peter Leight
    Assistant Attorneys General
    Office of the Massachusetts Attorney General
    One Ashburton Place
    Boston, MA 02108
    (617) 963-2197 (Shavit)
    (617) 963-2499 (Weinstein)
    (413) 523-7706 (Leight)
    Yael.Shavit@state.ma.us
    Max.Weinstein@state.ma.us
    Peter.Leight@state.ma.us

FOR THE STATE OF CALIFORNIA
XAVIER BECERRA
CALIFORNIA ATTORNEY GENERAL

3

Bernard A. Eskandari
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
(213) 897-2652
bernard.eskandari@doj.ca.gov

FOR THE STATE OF CONNECTICUT
GEORGE JEPSEN
ATTORNEY GENERAL

Perry Zin-Rowthorn
Deputy Attorney General
Joseph J. Chambers
Assistant Attorney General
Connecticut Office of Attorney General
PO Box 120
Hartford, CT 06141-0120
(860) 808-5270
joseph.chambers@ct.gov

FOR THE STATE OF DELAWARE
MATTHEW P. DENN
ATTORNEY GENERAL

Christian Douglas Wright
Director of Consumer Protection
Deputy Attorney General
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 577-8944
christian.wright@state.de.us

FOR THE DISTRICT OF COLUMBIA
KARL A. RACINE
ATTORNEY GENERAL

Philip Ziperman
Assistant Attorney General
Attorney General for the District of Columbia
441 4th Street, N.W., 6th Floor
Washington, DC 20001
(202) 442-9886
Philip.Ziperman@dc.gov

FOR THE STATE OF HAWAII
RUSSELL A. SUZUKI
ACTING ATTORNEY GENERAL

Bryan C. Yee
Deputy Attorney General
425 Queen Street
Honolulu, Hawaii 96813
(808) 586-1180
bryan.c.yee@hawaii.gov

PEOPLE OF THE STATE OF
ILLINOIS, by LISA MADIGAN
ATTORNEY GENERAL OF ILLINOIS

Susan Ellis
Consumer Fraud Bureau, Chief
Joseph Sanders
Assistant Attorney General
Consumer Fraud Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 12th Fl.
Chicago, IL 60601
(312) 814-6796 (Joseph)
sellis@atg.state.il.us
jsanders@atg.state.il.us

FOR THE STATE OF IOWA
THOMAS J. MILLER
ATTORNEY GENERAL

Jessica Whitney
Director - Consumer Protection
Office of the Attorney General of Iowa
1305 E. Walnut St.
Des Moines, Iowa 50319
(515) 281-8772
Jessica.Whitney@iowa.gov

FOR THE STATE OF MAINE
JANET T. MILLS
MAINE ATTORNEY GENERAL

Linda Conti
Assistant Attorney General
6 State House Station

Augusta, ME 04333
(207) 626-8591
Linda.Conti@maine.gov

FOR THE STATE OF MARYLAND
BRIAN E. FROSH
ATTORNEY GENERAL

Christopher J. Madaio
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
(410) 576-6585
Cmadaio@oag.state.md.us

FOR THE STATE OF MINNESOTA
LORI SWANSON
ATTORNEY GENERAL

Jason Pleggenkuhle
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1147 (Voice)
(651) 296-1410 (TTY)
jason.pleggenkuhle@ag.state.mn.us

FOR THE STATE OF NEW MEXICO
HECTOR BALDERAS
ATTORNEY GENERAL

Joseph Yar
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87501
(505) 490-4060
jyar@nmag.gov

FOR THE STATE OF NEW YORK
ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL OF NEW YORK

Jane M. Azia

Chief, Bureau of Consumer Frauds and
Protection
120 Broadway, 3rd floor
New York, NY 10271
Tel.: (212) 416-8727
Jane.azia@ag.ny.gov

FOR THE STATE OF NORTH CAROLINA
JOSH STEIN
ATTORNEY GENERAL OF NORTH
CAROLINA

Sripriya Narasimhan (D.C. Bar No.: 1029549)
Deputy General Counsel
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC  27603
P.O. Box 629
Raleigh, NC  27602
(919) 716-6421
SNarasimhan@ncdoj.gov

FOR THE STATE OF OREGON
ELLEN F. ROSENBLUM
ATTORNEY GENERAL

Andrew Shull
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, NE
Salem, OR 97301
(503) 934-4400
Andrew.shull@doj.state.or.us

FOR THE COMMONWEALTH OF
PENNSYLVANIA
JOSH SHAPIRO
ATTORNEY GENERAL

John M. Abel
Senior Deputy Attorney General
Office of the Pennsylvania Attorney General
Bureau of Consumer Protection
15th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 783-1439

jabel@attorneygeneral.gov

Jesse Harvey
Senior Deputy Attorney General
Office of the Pennsylvania Attorney General
Bureau of Consumer Protection
6th Floor Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219
(412) 565-2883
jharvey@attorneygeneral.gov

FOR THE STATE OF RHODE ISLAND
PETER F. KILMARTIN
ATTORNEY GENERAL

Neil F.X.Kelly
Deputy Chief, Civil Division
Rhode Island Department of Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400
nkelly@riag.ri.gov

FOR THE STATE OF VERMONT
THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

Christopher J. Curtis
State of Vermont
Office of the Attorney General
Chief, Public Protection Division
109 State St.
Montpelier, VT 05609
(802) 828-5586
christopher.curtis@vermont.gov

FOR THE COMMONWEALTH OF
VIRGINIA
MARK R. HERRING
ATTORNEY GENERAL

Samuel T. Towell
Deputy Attorney General, Civil Litigation
Cynthia E. Hudson
Chief Deputy Attorney General

Barbara Johns Building
202 N. Ninth St.
Richmond, Virginia 23219
(804) 786-6731
stowell@oag.state.va.us

FOR THE STATE OF WASHINGTON
ROBERT W. FERGUSON
ATTORNEY GENERAL

Darwin P. Roberts
Deputy Attorney General
Jeffrey T. Sprung (D.C. Bar No.: 384880)
Benjamin J. Roesch
Cynthia Alexander
Assistant Attorneys General
Office of the Washington Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(206) 326-5492 (Sprung)
darwinr@atg.wa.gov
jeff.sprung@atg.wa.gov
benjaminr@atg.wa.gov
cynthiaa@atg.wa.gov

## CERTIFICATE OF SERVICE

I certify that on February 28th, 2018, I caused a copy of the foregoing Plaintiffs' Motion for Leave to File Second Amended Complaint and to Convert Pending Cross-Motions for Summary Judgment to Motions for Partial Summary Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint and to Convert Pending Cross-Motions for Summary Judgment to Motions for Partial Summary Judgment, Proposed Second Amended Complaint, and Proposed Order to be filed electronically and that these documents are available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Yael Shavit*
YAEL SHAVIT